IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEHINDE AINA,<br><br>        *Plaintiff*,<br><br>v.<br><br>AURORA OPERATIONS, INC.,<br><br>        *Defendant*. | Civil Action No. 2:25-cv-911<br><br>Hon. William S. Stickman IV |

**ORDER REFERRING CASE TO ALTERNATIVE DISPUTE RESOLUTION**

Pursuant to Local Rule 16.2, the Court refers this case to alternative dispute resolution as set forth below.  IT IS HEREBY ORDERED:

(a)    This case is referred to mediation, which is currently scheduled for December 18, 2025.

(b)    The appointed mediator is Sally Cimini.

(c)    Plaintiff shall pay **one-half**, and Defendant shall pay **one-half** of the compensation and costs directly to the mediator upon conclusion of the ADR process.

(d)    Attorney Joshua Ward is designated as lead ADR counsel and shall be responsible for coordinating the date, time, and location for the ADR conference with the parties and the mediator.

(e)    The ADR conference(s) shall be conducted in accordance with the Court's ADR Policies and Procedures, and nothing in this order alters the schedule set forth in the Case Management Order governing this case.

BY THE COURT:

November 3, 2025
Date

    s/  William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE